No. 76–1415. LOCAL 814, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1439. PIHAKIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1443. ALLIED MEAT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 76–1449. SALMON *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 76–1453. O'BRIEN *v.* HALL, CORRECTIONS COMMISSIONER. C. A. 1st Cir. Certiorari denied.

No. 76–1455. WELLMAN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 76–1456. KLEIN *v.* EDELSTEIN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 2d Cir. Certiorari denied.

No. 76–1457. LUNDY PACKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 76–1460. VEGAS VIC, INC., DBA PIONEER CLUB *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 76–1468. HENDRIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1470. ROSENBLUM ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.